IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TINA CLAYTON, ) | |
| as personal representative of the ) | |
| Estate of Edward Clayton, deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-cv-1118-MJR-SCW |
| ) | |
| THE BURLINGTON NORTHERN & ) | |
| SANTA FE RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

ORDER SETTING ABBREVIATED
TRIAL PRACTICE SCHEDULE

REAGAN, District Judge:

Tina Clayton brings this FELA action as the personal representative of her deceased husband's estate. As noted in the Court's prior Order on threshold review (Doc. 34), all pretrial motions and matters were resolved when this case was before Judge Eduardo C. Robreno in the United States District Court for the Eastern District of Pennsylvania. In August 2012, following rulings on summary judgment and other motions, the case was remanded for trial to the Eastern District of Missouri. In October 2012, it was transferred via the parties' stipulation to this District Court.

A telephone status conference was conducted by the undersigned Judge on November 21, 2012, resulting in the following schedule.

- Jury Trial will commence at 9:00 am on **Monday, April 1, 2013**. Four days total have been allotted for this trial, counsel should plan their evidence presentation accordingly. (As noted below, the Court will handle jury selection and the jury instruction conference prior to the April 1st trial date, leaving four days for trial, 4/1/13 – 4/4/13.)

1

- <u>Jury Selection</u> will be handled at **9:30 am on March 19, 2013.**

- The <u>Final Pretrial Conference</u> will be held at **1:00 pm on March 19, 2013.** The undersigned District Judge will conduct a <u>Jury Instruction Conference</u> immediately following the final pretrial conference on March 19, 2013.

- All <u>proposed jury instructions</u> must be submitted in paper form to the chambers of the undersigned (attn: Law Clerk Sheila Hunsicker) no later than **March 13, 2013.** The instructions shall be organized into three sets (submitted in separate envelopes or folders):  Set 1 – Proposed instructions to which neither party objects; Set 2 – Plaintiff's proposed instructions to which Defendant objects; Set 3 – Defendant's proposed instructions to which Plaintiff objects.  Note that as to each instruction, the "marked" copy shall be paper-clipped *on top of* the "clean" copy.  Questions about jury instruction formatting and submission may be addressed to Judge Reagan's law clerk, Sheila, at 618.482.9229.

- Any <u>motions in limine</u> shall be filed by **March 6, 2013**, and <u>responses</u> thereto shall be filed by **March 13, 2013.**  [The period for filing dispositive motions has elapsed; no other motions shall be filed without court leave.]

- No later than **December 6, 2103**, counsel shall contact the chambers of the Honorable Stephen C. Williams, the Magistrate Judge assigned to this case, to schedule a settlement conference.  A settlement conference is mandatory in this case and shall not be waived by counsel.  Judge Williams' courtroom deputy, Angie Vehlewald, may be reached at 618.482.9419.

IT IS SO ORDERED.

DATED November 21, 2012.

s/ **Michael J. Reagan**
Michael J. Reagan
United States District Judge
